IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:99cr34 (2) |
| vs. : | also 1:05cv145 |
| : | |
| GREGORY WAYNE WHEELER, : | District Judge Susan J. Dlott |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Chief Magistrate Judge Michael R. Merz filed on March 5, 2007(Doc. 80), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 22, 2007, hereby ADOPTS said Report and Recommendations.

Accordingly, Defendant's §2255 Motion (Doc. 75) is **DISMISSED** with prejudice. Because reasonable jurists would not disagree with this conclusion, it is also **ORDERED** that Defendant is **DENIED** a certificate of appealability and leave to proceed *in forma pauperis* on appeal.

IT IS SO ORDERED.

                                             ___s/Susan J. Dlott_____
_                                            Susan J. Dlott
                                             United States District Judge